# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOOD 4 LESS, a business of unknown form; OCEANGATE PROPERTY TWO, LLC , a California limited liability company; and Does 1-10,<br><br>Defendants. | Case No.: CV 18-3679-GW-JEMx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John perri ("Plaintiff") and Food 4 Less and Oceangate Property Two, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 17, 2018

_____
GEORGE H. WU, U.S. DISTRICT JUDGE